UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

**SHANEEKA WHITE,**
individually and on behalf of
her minor child, **K.K.,**

       Plaintiff,

Case No. 24-CV-1076

v.

**WHITEFISH BAY SCHOOL BOARD**, **JOHN THOMSEN**, **AMY LEVEK,** and **JULIE HENNINGSEN,**

       Defendants.

## COMPLAINT

Plaintiff Shaneeka White, on her own behalf and on behalf of her minor child, K.K., through her attorney, Elisabeth Lambert, makes the following disclosures pursuant to Civil L.R. 7.1

1. The adult plaintiff's name is Shaneeka White. The minor plaintiff's name is K.K., as redacted pursuant to Fed. R. Civ. P. 5.2. Both plaintiffs are represented by Attorney Elisabeth Lambert.

2. Neither of the plaintiffs is a corporation.

3. As of this submission, the only attorney who will appear on behalf of the plaintiffs is Elisabeth Lambert.

1

Respectfully submitted this 26th day of August, 2024.

*/s/ Elisabeth Lambert*
Attorney For Plaintiffs
State Bar No. 1114507
Wisconsin Education Law & Policy Hub
845 N. 11th St.
Milwaukee, WI 53233
Phone: (414)232-6504
Email: elisabeth@wisconsinELPH.org