UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

---

SHANEEKA WHITE and K.K.,

    Plaintiffs,

v.

WHITEFISH BAY SCHOOL BOARD, JULIE HENNINGSEN, AMY LEVEK, and JOHN THOMSEN,

    Defendants.

Case No. 24-CV-1076-JPS

**ORDER**

---

In accordance with 28 U.S.C. § 455(a), as the randomly assigned trial judge in the above-captioned case, I am obliged to recuse myself from any further participation in this case.

Accordingly,

**IT IS ORDERED** that the Clerk of the Court randomly reassign this matter to another judge, ensuring that the case will move forward in a prompt and efficient manner.

Dated at Milwaukee, Wisconsin, this 27th day of August, 2024.

BY THE COURT:

_____
J.P. Stadtmueller
U.S. District Judge